03-CR-05468-ORD

Magistrate Judge Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEMETRIUS CHELEY, <br><br> Defendant. | Case No. CR03-5468 <br><br> ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the ~~Superseding~~ Information against DEMETRIUS CHELEY, defendant.

DATED this 13th day of June, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

GLEN E. TEMPLETON
Special Assistant United States Attorney

Leave of Court is GRANTED for the filing of the foregoing dismissal.

DATED this 13th day of June, 2005.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL
Page 1

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711